```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 03950
   KIMBERLEY ANN MURPHY
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-8887


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/03/04 and confirmed on 03/26/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   8756.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
GMAC PAYMENT CENTER      SECURED VEHIC      5242.55          1134.81       5242.55
ABC DISTRIBUTING         UNSECURED          NOT FILED            .00           .00
LTD COMMODITIES          UNSECURED          NOT FILED            .00           .00
MCI WORLDCOM             UNSECURED          NOT FILED            .00           .00
MCI TELECOMMUNICATIONS   UNSECURED          NOT FILED            .00           .00
PROFESSIONAL CAREER DEV  UNSECURED          NOT FILED            .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   5242.55       .00         .00          .00       5242.55
PRINCIPAL PAID       5242.55       .00         .00          .00       5242.55
INTEREST PAID        1134.81       .00         .00          .00       1134.81
TOTAL PAID           6377.36       .00         .00          .00       6377.36
The Debtor's attorney, SUSAN G CASTAGNOLI            , was allowed $  2700.00
and was paid $   701.00  direct and $   1999.00  through the plan.

The Trustee received $    373.35 .

Refunds to the Debtor totaled $     6.29 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 01/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 04 B 03950 KIMBERLEY ANN MURPHY
```